USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ONANEY POLANCO, Individually and as Parent and
Natural Guardian of A.D.,

Plaintiff,

-against-

RICHARD CARRANZA, in his Official Capacity as
Chancellor of the New York City Department of Education;
NEW YORK CITY DEPARTMENT OF EDUCATION; and
NEW YORK STATE EDUCATION DEPARTMENT,

Defendants.

---

1:19-cv-08870-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The stay in this matter is LIFTED.  As Plaintiff's memorandum of law [*see* ECF No. 4] pre-dates the Second Circuit's decision in *Ventura de Paulino v. New York City Department of Education*, 959 F.3d 519 (2d Cir. 2020), revised briefs with respect to Plaintiff's Proposed Order to Show Cause Without Emergency Relief [*see* ECF No. 3], are due on the following schedule:

- Plaintiff's Opening Brief due on or before April 21, 2023;

- Defendant's Opposition Brief due on or before May 5, 2023;

- Plaintiff's Reply Brief due on or before May 12, 2023.

The Clerk of Court is respectfully requested to lift the stay in this matter and to terminate docket entry 20.

**SO ORDERED.**

Date:  **April 4, 2023**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

1